**IT IS ORDERED as set forth below:**

Date: June 15, 2022

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| SAMSON O. ADEKOYA, | : | CASE NO. 22-50617-LRC |
| | : | |
| DEBTOR. | : | |

**ORDER ON UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE**

The United States Trustee filed a *Motion To Dismiss Case* on May 3, 2022 (Doc. No. 25) (the "Motion"), requesting that the Court to dismiss this case pursuant to 11 U.S.C. § 707(a). A hearing on the Motion was scheduled for June 16, 2022 at 10:15 A.M. The docket reflects that a copy of the Motion was served on all parties-in-interest pursuant to Second Amended and Restated General Order 24-2018, providing all parties-in-interest the opportunity to object and for hearing on the Motion. No party-in-interest filed an objection to the Motion. Accordingly, the Court has reviewed the Motion and all others matters of record, including the lack of objection to the Motion. Based upon the

foregoing, no further notice or hearing is required, and the Court finds that good cause exists to grant the relief requested in the Motion. Accordingly, it is hereby

**ORDERED** that the Motion is *granted*, and this case is *dismissed*.

**[END OF DOCUMENT]**

Prepared and Submitted by:

*s/ Jonathan S. Adams*
Jonathan S. Adams
Georgia Bar No. 979073
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
(404) 331-4438
jonathan.s.adams@usdoj.gov

Distribution List

All Parties on the Court's Mailing Matrix